UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PAUL BENJAMIN RENNIX,

      Defendant.
_____/

Case: 1:14-cr-20432
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 07-23-2014 At 03:25 PM

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1
### (18 U.S.C. § 2252A(a)(2))
### (Receipt of Child Pornography)

On or about August 31, 2013, in the Eastern District of Michigan, Northern Division, defendant, PAUL BENJAMIN RENNIX, knowingly received images of child pornography, as defined by Title 18, United States Code, Section 2256, that had been shipped and transported in interstate and foreign commerce, by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 2

### (18 U.S.C. § 2252A(a)(5)(B))
### (Possession of Child Pornography)

On or about December 11, 2013, in the Eastern District of Michigan, Northern Division, defendant, PAUL BENJAMIN RENNIX, knowingly possessed one Seagate hard drive, S/N 3HS4W581 and one Quantum hard drive, S/N 183008333007, that contained images of child pornography, as defined by Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce, by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

### Forfeiture Allegations

Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendants of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto;

and all property involved in, or property traceable to, the violations alleged in this indictment.

Dated: July 23, 2014

BARBARA L. McQUADE
United States Attorney

s/ROY R. KRANZ
Roy R. Kranz  (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ROBERT W. HAVILAND, AUSA
for Craig Wininger
Assistant U.S. Attorney
Chief, Branch Offices